Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL I

| ERNESTO J. ROMÁN CORDERO, LIZETTE GARCÍA CAMACHO, LA SOCIEDAD DE GANANCIALES POR ELLOS COMPUESTA, ERNESTO ROMÁN GARCÍA Y KATHERIN ROMÁN GARCÍA <br><br> Peticionarios <br><br> V. <br><br> HOSPITAL METROPOLITANO DR. TITO MATTEI, ASEGURADORA ¨ABC¨, DR. YUSSEF GALIB FRANGIE FIOL, SU ESPOSA FULANA DE TAL, Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR ELLOS, ASEGURADO ¨DEF¨, METRO PAVIA HEALTH SYSTEM, INC., ASEGURADORA ¨GHI¨, DR. EVEN CEDEÑO CEDEÑO, SU ESPOSA SUTANA DE TAL Y LA SOCIEDAD LEGAL DE GANANCIALES POR ELLOS COMPUESTA, ASEGURADORA, ¨JKL¨, RICHARD DOE, JANE DOE, ASEGURADORAS ¨MNÑ¨ Y ¨OPQ¨ <br><br> Recurridos | KLCE202400424 | Recurso de *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Ponce <br><br> Caso Núm.: JDP2015-0448 <br><br> Sobre: Daños y Perjuicios, Impericia Médico-Hospitalaria |

Panel integrado por su presidente, el Juez Sánchez Ramos, el Juez Pagán Ocasio, el Juez Marrero Guerrero y la Jueza Boria Vizcarrondo.

Marrero Guerrero, Juez ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 30 de abril de 2024.

Considerada la *Moción Solicitando Desestimación del Recurso de Certiorari al Palio de la Regla 83 (B) (5) del Reglamento del Tribunal*

*de Apelaciones y Réplicas a Escritos de la Parte Demandada-Recurrida* presentada por la parte peticionaria el 29 de abril de 2024, se declara Ha Lugar. De conformidad con lo dispuesto en la Regla 83 (B) (5) de nuestro Reglamento, 4 L.P.R.A. Ap. XXII-B, R. 83 (B) (5) se ordena el archivo del presente asunto por haberse tornado académico.

Notifíquese.

Lo acuerda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones